**AFFIRM; and Opinion Filed August 9, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00162-CR

**MICHAEL SEAN O'CONNOR, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 17-00283-422-F**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Evans, and Schenck
Opinion by Justice Schenck

Appellant Michael Sean O'Connor waived a jury trial and pleaded guilty to manufacture

and delivery of methamphetamine in an amount of one gram or more but less than four grams.

After finding appellant guilty, the trial court assessed punishment at ten years' imprisonment. The

trial court later issued a nunc pro tunc judgment to correct the date of the offense.

On appeal, appellant's attorney filed a brief in which she concludes the appeal is wholly

frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S.

738 (1967). The brief presents a professional evaluation of the record showing why, in effect,

there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 812 (Tex. Crim.

App. [Panel Op.] 1978) (determining whether brief meets requirements of *Anders*). Counsel

delivered a copy of the brief to appellant. We advised appellant of his right to file a pro se response,

but he did not file a pro se response. *See Kelly v. State*, 436 S.W.3d 313, 319–21 (Tex. Crim. App. 2014) (noting appellant has right to file pro se response to *Anders* brief filed by counsel).

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeal is frivolous and without merit. We find nothing in the record that might arguably support the appeal.

We affirm the trial court's nunc pro tunc judgment.

 /David J. Schenck/
DAVID J. SCHENCK
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

180162F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

MICHAEL SEAN O'CONNOR, Appellant

No. 05-18-00162-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 422nd Judicial District Court, Kaufman County, Texas
Trial Court Cause No. 17-00283-422-F.
Opinion delivered by Justice Schenck.
Justices Lang-Miers and Evans participating.

Based on the Court's opinion of this date, the nunc pro tunc judgment of the trial court is **AFFIRMED**.

Judgment entered this 9th day of August, 2018.